## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MOISHE LEVISON, on behalf of himself
and others similarly situated,

     Plaintiff,

                                          **CIVIL ACTION NO. _____**

v.

MASTEC, INC. a Florida Profit Corporation
and MASTEC SERVICES COMPANY,
INC., a Florida Profit Corporation,

     Defendants.

_____/

### NOTICE OF REMOVAL

Defendants MasTec, Inc. and MasTec Services Company, Inc. (hereinafter collectively "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441(a) (b) and 1446, respectfully file this Notice of Removal giving notice that they are removing this civil action to the U.S. District Court for the Middle District of Florida.  In support of this Notice of Removal, Defendants state as follows:

### PROCEDURAL ALLEGATIONS

1.      On June 3, 2015, Plaintiff Moishe Levison ("Plaintiff") filed a Complaint in the Fifth Judicial Circuit in and for Hernando County, Florida, styled as *Moishe Levison v. MasTec, Inc. and MasTec Services Company, Inc.*, Case No. 15-CA-686.

2.      On June 10, 2015, a process server served Defendants with the Complaint and a Summons through their registered agent.  True and correct copies of all process, pleadings,

and orders served on Defendants are attached hereto and incorporated herein by reference as Exhibit "A."

3.      This Notice of Removal is hereby timely filed within thirty (30) days from the date on which Defendants received the Complaint and Summons.   Thus, pursuant to 28 U.S.C. §1446(b), this Notice of Removal is timely filed.

4.      Plaintiff's Complaint alleges a violation of the Fair Labor Standards Act, 29 U.S.C. § 207.   *See* Ex. A, Compl. ¶ 27.   Because Plaintiff's Complaint raises a federal question, this Court has original jurisdiction over this action under 28 U.S.C. §1331, and Defendants are entitled to remove this case to this Court pursuant to 28 U.S.C. §1441(a).

5.      Plaintiff's Complaint also asserts claims under the Florida Private Whistleblower's Act, Fla. Stat. §448.101 *et seq. See* Ex. A, Compl. ¶¶ 7, 32.   This Court has supplemental jurisdiction over Plaintiff's state law claim because, like his FLSA claim, it also relates to his employment with MasTec, and thus forms part of the same case or controversy under Article III of the U.S. Constitution.   *See* 28 U.S.C § 1367.

6.      The U.S. District Court for the Middle District of Florida, Tampa Division, embraces the location in which the original action was filed.   Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1446(a).

7.      Written notice of the filing of this Notice of Removal has been given to all adverse parties and a copy of this Notice of Removal has been filed with the Clerk of the Fifth Judicial Circuit in and for Hernando County, Florida.

8.      The required filing fee of $350.00 and an executed civil cover sheet accompany this Notice

9.    WHEREFORE, Defendants MasTec, Inc. and MasTec Services Company, Inc. respectfully remove this action, pending in the Fifth Judicial Circuit, in and for Hernando County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
Suite 2700
333 SE 2nd Avenue
Miami, Florida  33131
Telephone:  305-400-7500
Facsimile:  305-603-2552

By:  /s/ *Jessica T. Travers*
Jessica T. Travers, Esq.
Florida Bar No. 0018129
E-mail:  jtravers@littler.com
Secondary E-mail:  mvelis@littler.com
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed via

electronic mail and U.S. Mail, postage prepaid, this 29th day of June, 2015 to:

Jay P. Lechner, Esq.
lechnerj@thefllawfirm.com
Whittel & Melton, LLC
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, FL 33701

      /s/ *Jessica T. Travers*
      Jessica T. Travers

Firmwide:134235838.2 076756.1004

4