UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOISHE LEVISON and STEPHEN SALMONS,
on behalf of himself and others similarly situated,

    Plaintiffs,

v.                                            CASE NO: 8:15-cv-1547-T-26AEP

MASTEC, INC., MASTEC SERVICES
COMPANY, INC., and DIRECTV, INC.,

    Defendants.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION**, it is **ordered and adjudged** that the Mastec Defendants' Motion to Compel Arbitration (Dkt. 24) is **denied without prejudice** for failure to comply with the conferral requirement of Local Rule 3.01(g).[1] Plaintiffs' counsel and Defendants' counsel shall confer *personally* within the next seven (7) days in a good faith effort to resolve the merits of the motion without further intervention from the Court. In doing so, Plaintiffs' counsel should be mindful of the recent opinion issued by Judge Presnell, which is attached to the motion as Exhibit B, Judge Whittemore's opinion in Delano v. Mastec, Inc., 2010 WL 4809081 (M.D. Fla. 2010), and this Court's opinion in De Oliveira v. Citicorp North America, Inc., 2012 WL 1831230 (M.D. Fla. 2012).

**DONE AND ORDERED** at Tampa, Florida, on July 31, 2015.

---

[1] Defense counsel's e-mail to Plaintiffs' counsel attached to the motion as Exhibit C does not comply with the rule because this Court requires counsel to confer *personally* in person or telephonically.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record