# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 28, 2016

Sheryl L. Loesch
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 15-13817-GG
Case Style: Moishe Levison, et al v. Mastec, Inc., et al
District Court Docket No: 8:15-cv-01547-RAL-AEP

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Eleanor M. Dixon, GG
Phone #: (404) 335-6172

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 15-13817-GG

MOISHE LEVISON,
on behalf of himself and others similarly situated,
STEVEN SALMONS,
on behalf of themselves and others similarly situated,

Plaintiffs-Appellants,

versus

MASTEC, INC.,
a Florida Profit Corporation,
MASTEC SERVICES COMPANY, INC.,
a Florida Profit Corporation,
DIRECTV, INC.,

Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Florida

Before: TJOFLAT, MARCUS, and WILSON, Circuit Judges.

BY THE COURT:

Appellees' motion to dismiss the appeal for lack of jurisdiction is GRANTED. The district court's August 25, 2015, order compelling arbitration and staying the proceedings is not a final or immediately appealable order. *See* 9 U.S.C. § 16(a)(3), (b)(1) & (3); *Martinez v. Carnival Corp.*, 744 F.3d 1240, 1244-45 (11th Cir. 2014); *Am. Express Fin. Advisors, Inc. v. Makarewicz*, 122 F.3d 936, 939 (11th Cir. 1997). Accordingly, this appeal is DISMISSED for lack of jurisdiction. We decline to treat this appeal as a petition for writ of mandamus.

Appellees' request for sanctions, pursuant to Fed. R. App. P. 38, is DENIED.

Appellants' request for sanctions, pursuant to 11th Cir. R. 27-4, is DENIED.

All outstanding motions are DENIED AS MOOT.